■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER JONES, Appellant.—Appeal from judgment of Supreme Court, New York County (Joan Carey, J., at sentence; Brenda Soloff, J., at plea), rendered on July 30, 1984, unanimously stricken from the calendar; the application by defendant's assigned counsel to be relieved as counsel pursuant to *People v Saunders* (52 AD2d 833 [1st Dept 1976]) is denied; and defendant-appellant's time within which to perfect the aforesaid appeal is extended to the September 1986 Term of this court. No opinion. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.

■ SUTTON ASSOCIATES, Appellant, v JAMES GRAU, Respondent.—Order, Supreme Court, New York County (Richard Wallach, J.), entered on June 4, 1985, unanimously affirmed for the reasons stated by Wallach, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Asch, Fein, Kassal and Ellerin, JJ.